**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

TO COUNSEL:

DATE:   May 21, 2007

RE:   **CV 07-02603 PJH : JOHN T KENDALL-v-ERIC M NIXDORF**

BANKRUPTCY CASE NUMBER: **06-4255 AN**

     The motion for <u>withdrawal of reference</u> which you recently submitted to this office has been assigned the above referenced case number.

     Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     *[signature]*

     by:  <u>Felicia Reloba</u>
     Case Systems Administrator