United States District Court
For the Northern District of California

**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: MOSCOWITZ & NIXDORF, LLP,

    Debtor.
_____/

JOHN T. KENDALL, Chapter 7 Trustee,

    Plaintiff,

    v.

ERIC M. NIXDORF,

    Defendant.
_____/

No. C 07-2603 PJH
BK Adv. Case No. 06-4255 AN

**ORDER SETTING BRIEFING SCHEDULE REGARDING WITHDRAWAL OF REFERENCE AND VACATING CMC**

    This matter is before this court following the bankruptcy court's May 11, 2007 order recommending withdrawal of the bankruptcy court's reference under 28 U.S.C. § 157(d), pursuant to Bankruptcy L.R. 5011-2(b).

    Defendant, the movant for withdrawal of reference, is ORDERED to file and serve an opening brief regarding the propriety of withdrawal of the reference **no later than June 26, 2007.** Plaintiff shall file and serve a response within **14 days** of defendant's opening brief. Defendant may file a reply, if any, within **7 days** of plaintiff's response. In addition to the briefs, **the parties should file with this court any pertinent exhibits, including relevant documents and portions of the record previously filed with the bankruptcy court.**

1   Unless the parties are notified otherwise, the matter will be decided on the papers
2 once it is fully briefed.  No hearing will be necessary.
3   The case management conference currently set for August 23, 2007 is VACATED.
4 This court will set a CMC, if necessary, at the time that it issues an order regarding the
5 withdrawal of the bankruptcy court's reference.
6   **IT IS SO ORDERED.**

8 Dated: May 23, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge

2