1 REIDUN STRØMSHEIM # 104938
  STROMSHEIM & ASSOCIATES
2 201 California Street, Suite 350
  San Francisco, California 94111
3 Telephone:    (415) 989-4100
  Fax:          (415) 989-2235
4 rstromsheim@stromsheim.com

5 Attorneys for Trustee,
  JOHN T. KENDALL

6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 In re:                              Bankruptcy Case No. 04-46921 NK

14 MOSKOWITZ & NIXDORF, LLP            Chapter 7
   fdba Law Offices of Stephen M. Moskowitz,
15 LLP; Moskowitz, Nixdorf and Barnhart, LLP;
   Nixdorf & Associates, LLP
16
17 Tax I.D. # 94-3256679

18         Debtor
   _____
19
   JOHN T. KENDALL, TRUSTEE,
20                                         C07-2603PJH
              Plaintiff,
21                                         **PLAINTIFF'S RESPONSE TO
   v.                                        DEFENDANT'S BRIEF RE.
22                                            JURISDICTION**
   ERIC M. NIXDORF,
23
              Defendant.
24

25

26 //

27 //

28 //

TO THE HONORABLE PHYLLIS J. HAMILTON, UNITED STATES DISTRICT COURT

JUDGE:

      COMES NOW, John T. Kendall,  trustee of the above-referenced bankruptcy estate, and

joins in the statements of law re. jurisdiction submitted by Mr. Nixdorf, the Defendant herein.

DATED:      This 2nd day of July, 2007.

                            STROMSHEIM & ASSOCIATES

                                /s/     Reidun Strømsheim
                              Attorneys for Plaintiff,
                              JOHN T. KENDALL, Trustee