REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 989-4100
Fax:  (415) 989-2235
rstromsheim@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE, | |
| Plaintiff, | C07-2603 PJH |
| v. | |
| ERIC M. NIXDORF, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within case; my business address is 201 California Street, Suite 350, San Francisco, California 94111. On this day I caused to be served the document(s) listed below:

**PLAINTIFF'S RESPONSE TO DEFENDANT'S BRIEF RE JURISDICTION**

1  on the following parties:

2  Eric M. Nixdorf
   The Nixdorf Firm
3  2010 Crow Canyon Place, Suite 100
   San Ramon, CA  94583

4

5  by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid,

6  in my firm's service center/mailing department.  I am readily familiar with my firm's business

7  practices, wherein all correspondence received for processing by the mailing department will be

8  deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

   I declare under penalty of perjury that the foregoing is true and correct.
9
   Executed at San Francisco, California, on July 2, 2007.
10

11                                          /s/   Malreen Prasad
                                          Malreen Prasad
12                                        Legal Assistant

STROMSHEIM &
ASSOCIATES                              2