UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN T KENDALL,

        Plaintiff,

v.

ERIC M NIXDORF,

        Defendant.

Case Number: CV07-02603 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-Oakland
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA 94612

Eric M. Nixdorf
2010 Crow Canyon Place
Suite 100
San Ramon, CA 94583

Randall J. Newsome
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

Dated: August 9, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk