REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz,<br>LLP; Moskowitz, Nixdorf and Barnhart, LLP;<br>Nixdorf & Associates, LLP<br><br>Tax I.D. # 94-3256679<br><br>    Debtor<br>_____<br><br>JOHN T. KENDALL, TRUSTEE,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC M. NIXDORF,<br><br>      Defendant. | Bankruptcy Case No. 04-46921 NK<br><br>Chapter 7<br><br><br><br><br><br><br><br><br><br>C07-2603PJH<br><br>**NOTICE OF PENDING SETTLEMENT AND REQUEST FOR CONTINUANCE**<br><br>Status conference: August 30, 2007<br>Time: 2:30 p.m. |

TO THE HONORABLE PHYLLIS J. HAMILTON, UNITED STATES DISTRICT COURT

JUDGE:

    John T. Kendall,  trustee of the above-referenced bankruptcy estate, and Plaintiff herein,

1  hereby reports to the Court that the parties have reached a settlement.

2      Pursuant to Bankruptcy law, notice of the terms of the settlement must be provided to all

3  creditors, and the Bankruptcy Court must approve the settlement in order for it to become final.

4  This process  will take a little over a month to accomplish.

5      Accordingly, the Plaintiff requests that this matter be continued or taken off calendar for at

6  least 45 days.  Upon approval of the compromise by the Bankruptcy Court, the parties will

7  stipulate to dismissal.

8

9  DATED:      This 24th day of August, 2007.

10                     STROMSHEIM & ASSOCIATES

11

12              /s/   Joanne LaFreniere
           Attorneys for Plaintiff,
13         JOHN T. KENDALL, Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28