REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:    (415) 989-4100
Fax:              (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP<br><br>Tax I.D. # 94-3256679<br><br>           Debtor<br>_____<br><br>JOHN T. KENDALL, TRUSTEE,<br><br>           Plaintiff,<br><br>v.<br><br>ERIC M. NIXDORF,<br><br>           Defendant. | Bankruptcy Case No. 04-46921 NK<br><br>Chapter 7<br><br><br><br><br><br><br><br><br><br>C07-2603PJH<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 30, 2007 DUE TO PENDING SETTLEMENT**<br><br>Status conference: August 30, 2007<br>Time: 2:30 p.m. |

   Plaintiff John T. Kendall,  trustee of the above-referenced bankruptcy estate ("Plaintiff") and Defendant Eric M. Nixdorf  ("Defendant"), have reached a settlement in this matter, subject to approval of the Bankruptcy Court after notice of the settlement to all creditors.

STIPULATION AND ORDER FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE - C07-2603           -1-

In order to provide sufficient time to accomplish Bankruptcy Court approval of the settlement, Plaintiff by and through his attorneys of record, and Defendant, hereby stipulate and agree to continue the Initial Case Management Conference to October 25, 2007 at 2:30 p.m.

Dated: August 28, 2007

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
_____
Joanne LaFreniere
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee


/s/ Eric M. Nixdorf
_____
ERIC M. NIXDORF, Defendant


I, Joanne LaFreniere, attest that concurrence in the filing of this document has been obtained from the other signatory.

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
_____
Joanne LaFreniere
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee


## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____    _____
PHYLLIS J. HAMILTON
United States District Judge