1  REIDUN STRØMSHEIM # 104938
STROMSHEIM & ASSOCIATES
2  201 California Street, Suite 350
San Francisco, California  94111
3  Telephone:    (415) 989-4100
Fax:             (415) 989-2235
4  rstromsheim@stromsheim.com

5  Attorneys for Trustee,
JOHN T. KENDALL

6

7

8

9

10                        UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12  In re:                                          Bankruptcy Case No. 04-46921 NK

13  MOSKOWITZ & NIXDORF, LLP              Chapter 7
    fdba Law Offices of Stephen M. Moskowitz,
14  LLP; Moskowitz, Nixdorf and Barnhart, LLP;
    Nixdorf & Associates, LLP
15
    Tax I.D. # 94-3256679
16
           Debtor
17  ─────────────────────────────────────

18  JOHN T. KENDALL, TRUSTEE,
                                                    C07-2603 PJH
19            Plaintiff,

20  v.

21  ERIC M. NIXDORF,

22            Defendant.

23
                      **CERTIFICATE OF SERVICE**
24
         I am employed in the County of San Francisco, State of California.  I am over the age of
25
eighteen years and not a party to the within case; my business address is 201 California Street, Suite
26
350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:
27
**STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT
28  CONFERENCE  SET FOR AUGUST 30, 2007 DUE TO PENDING SETTLEMENT**

STIPULATION AND ORDER FOR CONTINUANCE
OF CASE MANAGEMENT CONFERENCE - C07-2603        1

1  on the following parties:

2  Eric M. Nixdorf
   The Nixdorf Firm
3  2010 Crow Canyon Place, Suite 100
   San Ramon, CA  94583

4

5  by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid,

6  in my firm's service center/mailing department.  I am readily familiar with my firm's business

7  practices, wherein all correspondence received for processing by the mailing department will be

8  deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

9          I declare under penalty of perjury that the foregoing is true and correct.

10         Executed at San Francisco, California, on August 28, 2007.

11                                 /s/   Micaela Ramos
                                   Micaela Ramos
12                                 Legal Assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28