1  REIDUN STRØMSHEIM # 104938
   JOANNE LAFRENIERE # 158011
2  STROMSHEIM & ASSOCIATES
   201 California Street, Suite 350
3  San Francisco, California  94111
   Telephone:     (415) 989-4100
4  Fax:           (415) 989-2235
   jlafreniere@stromsheim.com
5
   Attorneys for Trustee,
6  JOHN T. KENDALL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE, | C07-2603PJH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR AUGUST 30, 2007 DUE TO PENDING SETTLEMENT** |
| ERIC M. NIXDORF, | |
| Defendant. | Status conference: August 30, 2007<br>Time: 2:30 p.m. |

Plaintiff John T. Kendall, trustee of the above-referenced bankruptcy estate ("Plaintiff") and Defendant Eric M. Nixdorf ("Defendant"), have reached a settlement in this matter, subject to approval of the Bankruptcy Court after notice of the settlement to all creditors.

1  In order to provide sufficient time to accomplish Bankruptcy Court approval of the
2  settlement, Plaintiff by and through his attorneys of record, and Defendant, hereby stipulate and
3  agree to continue the Initial Case Management Conference to October 25, 2007 at 2:30 p.m.
4  Dated: August 28, 2007

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
_____
Joanne LaFreniere
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee

/s/ Eric M. Nixdorf
_____
ERIC M. NIXDORF, Defendant

I, Joanne LaFreniere, attest that concurrence in the filing of this document has been obtained from the other signatory.

STROMSHEIM & ASSOCIATES

/s/ Joanne LaFreniere
_____
Joanne LaFreniere
Attorney for Plaintiff,
JOHN T. KENDALL, Trustee

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/29/07 _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*