1  REIDUN STRØMSHEIM # 104938
   JOANNE LAFRENIERE # 158011
2  STROMSHEIM & ASSOCIATES
   201 California Street, Suite 350
3  San Francisco, California  94111
   Telephone:    (415) 989-4100
4  Fax:              (415) 989-2235
   jlafreniere@stromsheim.com
5
   Attorneys for Trustee,
6  JOHN T. KENDALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE,<br>       Plaintiff,<br>v.<br>ERIC M. NIXDORF,<br>       Defendant. | C07-2603PJH<br><br>**STIPULATION FOR DISMISSAL** |

**STIPULATION FOR DISMISSAL**

WHEREAS the Bankruptcy Court in the above-referenced underlying bankruptcy case, Bankruptcy Case No. 04-46921, has approved the parties' compromise pursuant to that certain

Order entered therein on September 26, 2007 (Docket No. 52 therein), now therefore,

IT IS HEREBY STIPULATED by and between plaintiff John Kendall, trustee of the above bankruptcy estate ("Plaintiff") and defendant Eric M. Nixdorf, that the Plaintiff hereby dismisses the above-captioned adversary proceeding, Kendall v. Nixdorf, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear its own costs.

DATED:    This 27th day of September, 2007.

STROMSHEIM & ASSOCIATES

/s/   Joanne LaFreniere
Attorneys for Plaintiff,
JOHN T. KENDALL, Trustee

DATED:    This 27th day of September, 2007.

/s/   Eric M. Nixdorf
ERIC M. NIXDORF, Defendant

1 ATTESTATION

2 I hereby attest that I have on file a holograph signature for any signatures indicated by a

3 "conformed" signature ( /s/ ) within this electronically filed document.

4

5 Date:   October 11, 2007                              /s/ Joanne LaFreniere
                                                      JOANNE LAFRENIERE