REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:     (415) 989-4100
Fax:                (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz, LLP; Moskowitz, Nixdorf and Barnhart, LLP; Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
|     Debtor | |
| JOHN T. KENDALL, TRUSTEE, | C07-2603PJH |
|     Plaintiff, | |
| v. | |
| ERIC M. NIXDORF, | |
|     Defendant. | |

**ORDER APPROVING STIPULATION FOR DISMISSAL
AND DISMISSING ADVERSARY PROCEEDING**

Based upon the Stipulation For Dismissal by and between plaintiff John T. Kendall, Trustee, and defendant Eric M. Nixdorf, and good cause appearing,

1  IT IS HEREBY ORDERED that the Stipulation is approved; and

2  IT IS FURTHER ORDERED that the above-captioned adversary proceeding, <u>Kendall v. Nixdorf</u>, is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side to bear its own costs.

**END OF ORDER**

STROMSHEIM &
ASSOCIATES                                                     2

COURT SERVICE LIST

John T. Kendall
2411 Santa Clara Avenue, Suite 12
Alameda, CA 94501

Eric M. Nixdorf
The Nixdorf Firm
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583

Michael D. Cooper
Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607