1    REIDUN STRØMSHEIM # 104938
     JOANNE LAFRENIERE # 158011
2    STROMSHEIM & ASSOCIATES
     201 California Street, Suite 350
3    San Francisco, California  94111
     Telephone:    (415) 989-4100
4    Fax:          (415) 989-2235
     jlafreniere@stromsheim.com
5
     Attorneys for Trustee,
6    JOHN T. KENDALL

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12
     In re:                                  Bankruptcy Case No. 04-46921 NK
13
     MOSKOWITZ & NIXDORF, LLP                Chapter 7
14       fdba Law Offices of Stephen M. Moskowitz,
         LLP; Moskowitz, Nixdorf and Barnhart, LLP;
15       Nixdorf & Associates, LLP
16   Tax I.D. # 94-3256679
17          Debtor
18   ─────────────────────────────────────
19   JOHN T. KENDALL, TRUSTEE,
                                             C07-2603 PJH
20          Plaintiff,

21   v.

22   ERIC M. NIXDORF,

23          Defendant.

24                    **CERTIFICATE OF SERVICE**

25          I am employed in the County of San Francisco, State of California.  I am over the age of

26   eighteen years and not a party to the within case; my business address is 201 California Street, Suite

27   350, San Francisco, California 94111.  On this day I caused to be served the document(s) listed below:

28   1.     **STIPULATION FOR DISMISSAL**

STROMSHEIM &
ASSOCIATES                                         1

2.    **[PROPOSED] ORDER APPROVING STIPULATION FOR DISMISSAL AND DISMISSING ADVERSARY PROCEEDING**

on the following parties:

Eric M. Nixdorf
The Nixdorf Firm
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583

Michael D. Cooper
Wendel, Rosen, Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607

by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully paid, in my firm's service center/mailing department. I am readily familiar with my firm's business practices, wherein all correspondence received for processing by the mailing department will be deposited this day in the U.S. Mail at San Francisco, California, in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, on October 11, 2007.


  /s/  Malreen Prasad  
Malreen Prasad
Legal Assistant

STROMSHEIM &
ASSOCIATES

2