REIDUN STRØMSHEIM # 104938
JOANNE LAFRENIERE # 158011
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California  94111
Telephone:      (415) 989-4100
Fax:                (415) 989-2235
jlafreniere@stromsheim.com

Attorneys for Trustee,
JOHN T. KENDALL, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 04-46921 NK |
| MOSKOWITZ & NIXDORF, LLP<br>fdba Law Offices of Stephen M. Moskowitz,<br>LLP; Moskowitz, Nixdorf and Barnhart, LLP;<br>Nixdorf & Associates, LLP | Chapter 7 |
| Tax I.D. # 94-3256679 | |
| Debtor | |
| JOHN T. KENDALL, TRUSTEE, | C07-2603PJH |
| Plaintiff, | |
| v. | |
| ERIC M. NIXDORF, | |
| Defendant. | |

**ORDER APPROVING STIPULATION FOR DISMISSAL
AND DISMISSING ADVERSARY PROCEEDING**

Based upon the Stipulation For Dismissal by and between plaintiff John T. Kendall,

Trustee, and defendant  Eric M. Nixdorf, and good cause appearing,

1       IT IS HEREBY ORDERED that the Stipulation is approved; and

2       IT IS FURTHER ORDERED that the above-captioned adversary proceeding, <u>Kendall v.</u>

3   <u>Nixdorf</u>, is hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with each side

4   to bear its own costs.

5                           **END OF ORDER**

6

7                    10/12/07



IT IS SO ORDERED

Judge Phyllis J. Hamilton

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STROMSHEIM &
ASSOCIATES

1                              COURT SERVICE LIST

2    John T. Kendall
     2411 Santa Clara Avenue, Suite 12
3    Alameda, CA 94501

4    Eric M. Nixdorf
     The Nixdorf Firm
5    2010 Crow Canyon Place, Suite 100
     San Ramon, CA 94583
6
     Michael D. Cooper
7    Wendel, Rosen, Black & Dean, LLP
     1111 Broadway, 24th Floor
8    Oakland, CA 94607

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28